IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

COTY J. MAYFIELD,

    Plaintiff,

v.

                              Case No.  19-cv-256-jdp

DOUG VAN BERKEL, BRADLEY
BURRIS, LEE LAMPERT, MELISSA
SAEGER, and SUSANNA PEARSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

| /s/ | 1/19/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |